# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

UNITED STATES OF AMERICA                                 APPELLEE

VS.                                  NO. 24-2730

BRANDON ROBINSON                                             APPELLANT

## MOTION TO WITHDRAW AS COUNSEL FOR APPELLANT (ANDERS BRIEF)

Comes now Degen Clow, attorney for Appellant, and moves this Court for an Order Permitting Counsel to withdraw in this case. In support of this motion, Counsel states:

1. That on August 27, 2024, Counsel for the Defendant, the undersigned, filed a Notice of Appeal to the conviction entered in the Eastern District of Arkansas, *United States of America v. Brandon Robinson*, 4:22-CR-00300-30-JMM.

2. After reviewing the record in this case, and completing necessary legal research, undersigned counsel is of the opinion that the filing of a merits brief on behalf of Appellant would contravene Rule 11(b) of the Federal Rules of Civil Procedure.

3. That on September 27, 2024, Counsel has accordingly submitted herewith an *Anders* brief "referring to anything in the record that might arguably support the appeal." *Anders v. California*, 386 U.S. 738, 744 (1967).

4. That Counsel in furtherance of filing the Brief, noting submission of the Appellant's Brief by this Honorable Court, seeks the ability to withdraw as appellate counsel, triggering the right of the Appellant to file any pro se supplemental brief that he may so choose.

**Wherefore**, appointed appellate counsel respectfully prays that this Court grant this Motion for Relief and that an Order be entered allowing counsel to withdraw.

Respectfully Submitted,
/s/Degen D. Clow
Degen D. Clow (ABN: 2014038)
PO Box 1
Benton, AR 72018
501-999-2569
degen@clow.law
Attorney for Appellant

## F.R.A.P. 27, 32(a)(5), 32(a)(6) and (G) and 8th CIR. RULE 28A(a) CERTIFICATION

I certify that the foregoing Motion complies with the type-volume limitation of Rule 32(a)(7), F.R.A.P. Further, the undersigned attorney certifies that, in conformity with 8th Circuit Rule 28A(d), Appellant's Motion has been scanned for viruses and is virus-free. The brief uses proportional space, 14 point Times New Roman font. Based on a line count under Microsoft Office Word, the pleading contains in sum 403 words.

## CERTIFICATE OF SERVICE

I hereby certify that on this September 27, 2024, I electronically filed the foregoing with the CM-ECF system with copies to the AUSA and the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit. I also mailed the foregoing document by First Class Mail, postage prepaid to:
Brandon Robinson at 33 Edgewood Cir. West Helena, AR 72390.

/s/Degen D. Clow